**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 24-376-01** |
| **ALAN REDMOND**<br>**BENE MARKET LLC**<br>**SEGURO MEDICO LLC** | :<br><br>: | |

**SUPPLEMENTAL SCHEDULING ORDER**

AND NOW, this 10th day of September, 2026, following the Court's Order granting Defendants' Motion to Continue Trial (ECF No. 168), it is hereby **ORDERED** as follows:

1. All defense expert disclosures shall be made by October 15, 2026;

2. All defense substantive pre-trial motions, and notice(s) that the defense withdraws previously-filed pro se motions, shall also be filed by October 15, 2026;

3. All responses to defense substantive pre-trial motions shall be filed by October 29, 2026;

4. A hearing on substantive pre-trial motions shall be held on Monday, November 16, 2026, at 10:00 a.m. in the courtroom of the undersigned, 201 Penn Street, Fifth Floor, Reading, Pennsylvania; and

5. All motions in limine, proposed voir dire questions, jury

instructions, trial memoranda and verdict slips shall be filed by Monday, December 7, 2026.

**BY THE COURT:**

***/s/ Jeffrey L. Schmehl***
**HONORABLE JEFFREY L. SCHMEHL**
***Judge, United States District Court***

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

Benjamin B. Cooper, Esquire
Benjamin.cooper@daiglecooper.com

*/s Mary E. Crawley*
MARY E. CRAWLEY
Assistant United States Attorney

Dated: September 9, 2026.